| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
| George Kaufmann,<br><br>       Plaintiff,<br><br>vs.<br><br>Hartford Life and Accident Insurance Company,<br><br>       Defendant. | Case No.: 17-cv-00907 (PJS/FLN)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, through his counsel, and by Defendant, through its counsel, that the above-captioned action may and shall be dismissed in its entirety, on the merits, with prejudice, and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party.

Dated: <u>October 13, 2017</u>　　　　　　**FIELDS LAW FIRM**

　　　　　　　　　　　　　　　　　　　　<u>*s/Patrick W. Kramer*</u>
　　　　　　　　　　　　　　　　　　　　Patrick Ward Kramer, #0396875
　　　　　　　　　　　　　　　　　　　　Kristen Gyolai, #0395392
　　　　　　　　　　　　　　　　　　　　Stephen Fields, #0276571
　　　　　　　　　　　　　　　　　　　　701 Washington Avenue North, Suite 300
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 370-1511
　　　　　　　　　　　　　　　　　　　　Patrick@Fieldslaw.com
　　　　　　　　　　　　　　　　　　　　Kristen@Fieldslaw.com
　　　　　　　　　　　　　　　　　　　　Steve@Fieldslaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

2

Dated: <u>October 13, 2017</u>               **OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P. C.**

                                              <u>*s/David P. McKinney*</u>
                                              David P. McKinney, MN #0392361
                                              Capella Tower
                                              225 South Sixth Street, Suite 1800
                                              Minneapolis, MN 55402
                                              Telephone: 612.339.1818
                                              Fax: 612.339.0061
                                              david.mckinney@ogletreedeakins.com

                                              Kimberly A. Jones (admitted *pro hac vice*)
                                              155 North Wacker Drive, Suite 4300
                                              Chicago, IL 60606
                                              Telephone: 312.558.1237
                                              Fax: 312.807.3619
                                              kimberly.jones@ogletreedeakins.com

                                              ***Attorneys for Defendant***