UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GEORGE KAUFMANN, | Case No. 17-CV-0907 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on October 13, 2017 [ECF No. 16],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: October 16, 2017         s/Patrick J. Schiltz
                                Patrick J. Schiltz
                                United States District Judge